cuit Court of Appeals for the Eighth Circuit denied. *Messrs. Godfrey Goldmark* and *Henry N. Ess* for petitioners. *Messrs. John L. Rice, William S. Hogsett, Hale Houts, Andrew C. Scott, J. C. James, Walter McFarland,* and *Eldon Martin* for respondent.

No. 1022. MAINE *v.* UNITED STATES. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Frank I. Cowan,* Attorney General of Maine, and *Nathan W. Thompson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. J. Frank Staley* for the United States.

No. 1023. MALTZ, DOING BUSINESS AS EXCEL MANUFACTURING Co., *v.* SAX ET AL. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Myer N. Rosengard* for petitioner. *Messrs. Claude A. Roth* and *Harry E. Smoot* for respondents.

No. 1024. BECKER *v.* LOEW'S, INCORPORATED. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Moses Levitan* for petitioner. *Mr. Herbert M. Lautmann* for respondent.

No. 1025. MONTANA *v.* UNITED STATES. June 14, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. R. V. Bottomly,* Attorney General of Montana, for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,*